IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOBBY R. ECOFFEY,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  06-CV-0218-AAM<br><br><br>ORDER |

    Based on the Stipulation of the parties, it is hereby ORDERED that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand the Administrative Law Judge (ALJ) will be directed to reassess the severity of Plaintiff's impairments in light of the medical source and lay witness evidence of record, reassess Plaintiff's credibility and residual functional capacity and, as necessary, obtain supplemental vocational expert testimony at steps four and five of

ORDER - PAGE 1

the sequential evaluation process.  The ALJ will be directed to take any further action necessary to render a new decision in this matter.

Reasonable attorney fees shall be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

**IT IS ORDERED**.  The District Executive is directed to enter this order, enter judgment accordingly, forward copies to counsel, and **CLOSE** the file.

DATED this  21ST  day of  March , 2007.

s/ Alan A. McDonald
ALAN A. McDONALD
SENIOR UNITED STATES DISTRICT JUDGE

Presented by:

s/ TERRYE E. SHEA
Special Assistant United States Attorney
Office of the
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle  WA  98104-7075
Telephone (206) 615-2143
FAX (206) 615-2531
terrye.shea@ssa.gov

ORDER - PAGE 2