# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

BOBBY R. ECOFFEY, )
)
        Plaintiff, )
)    NO.  CV-06-0218-AAM
   vs. )
) **JUDGMENT IN A**
MICHAEL J. ASTRUE, )    **CIVIL CASE**
Commissioner of Social Security, )
)
        Defendant. )
)
_____ )

**STIPULATION BY THE PARTIES:**

    The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

    **IT IS ORDERED AND ADJUDGED** that:

    The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

    DATED this 21st day of March, 2007.

                        JAMES R. LARSEN
                        District Court Executive/Clerk


                        by: ___ s/ Karen White_____
                              Deputy Clerk

cc: all counsel